**MANDATE**

06cv1009
Robinson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street in the City of New York, on the 8th day of October Two thousand and ten,

United States of America,

    Appellee,

    v.

Terrence D. Chalk,

    Defendant-Appellant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC. 30, 2010

10-2444

Appellant moves to withdraw this appeal. The motion is granted.

For the Court:
Catherine O'Hagan Wolfe, Clerk

Catherine J. Minuse, Supervisory Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/29/2010